Filing # 169374798 E-Filed 03/22/2023 01:52:12 PM

IN THE CIRCUIT COURT, THIRD JUDICIAL CIRCUIT,
IN AND FOR COLUMBIA COUNTY, FLORIDA

LISA POWER,

CASE NO.: 23-252-CA

Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,
LOWE'S COMPANIES, INC., and
JANE DOE,

Defendant.
_____/

## COMPLAINT

COMES NOW Plaintiff, **LISA POWER** ("Plaintiff"), by and through the undersigned attorney, and sues the Defendants, **LOWE'S COMPANIES, INC.** and **JANE DOE** (collectively "Defendants"), and states as follows:

### JURISDICTION

1. This is an action for damages that exceed Fifty Thousand Dollars ($50,000.00), exclusive of interests, costs, and attorneys' fees.

2. At all times material hereto, Plaintiff was and is an individual residing in Columbia County, Florida.

3. At all times material hereto, Defendant LOWE'S COMPANIES, INC. was and is a foreign profit corporation doing business in Columbia County, Florida, and which has an agent or other representative in Columbia County, Florida.

4. At all times material hereto, Defendant LOWE'S HOME CENTERS, LLC was and is a foreign limited liability company doing business in Columbia County, Florida, and which has an agent or other representative in Columbia County, Florida (LOWE's COMPANIES, INC. and LOWE'S HOME CENTERS, LLC collectively referred to as "LOWE'S").

5. At all times material hereto, Defendant JANE DOE was an individual residing and doing business in Columbia County, Florida.

### GENERAL ALLEGATIONS

6. On or about December 04, 2022, Defendant LOWE'S was in possession and control of a property and building in Lake City, Florida, that was used as a retail store.

7. At that time and place Plaintiff went on said property as a business invitee of LOWE'S for the purpose of shopping.

8. At that time and place Defendant JANE DOE was in the process of moving LOWE'S merchandise with an electric pallet jack and in the course of doing so, negligently and carelessly caused the electronic pallet jack to collide with Plaintiff and Plaintiff's shopping cart, causing Plaintiff to fall onto a washing machine.

9. As a result Plaintiff has suffered actual loss or damage, including, bodily injury resulting in pain and suffering, disability, handicap, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a pre-existing condition. The losses are permanent and continuing and Plaintiff will suffer the losses in the future.

## COUNT I – NEGLIGENCE AGAINST DEFENDANT JANE DOE

10. Plaintiff incorporates paragraphs 1 through 9 above as if stated here.

11. Defendant JANE DOE owed Plaintiff a duty of reasonable care to perform her tasks with reasonable care to not increase the risk of harm to the person or property of others.

12. Defendant JANE DOE breached those duties owed to Plaintiff and knew, or should have known, such breaches of duties would result in harm to the person or property of Plaintiff.

13. As a direct and proximate result of those breaches of duties owed to Plaintiff, Plaintiff has suffered actual loss or damage, including, bodily injury resulting in pain and suffering, disability, handicap, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a pre-existing condition. The losses are permanent and continuing and Plaintiff will suffer the losses in the future.

## COUNT II – RESPONDEAT SUPERIOR AGAINST DEFENDANT LOWE'S

14. Plaintiff incorporates paragraphs 1 through 13 above as if stated here.

15. At all times material hereto, Defendant JANE DOE was an employee of LOWE'S and was acting within the course and scope of her employment for LOWE'S in furtherance of LOWE'S interests.

16. At all times material hereto, LOWE'S was and is vicariously liable for the acts of negligence and breaches of duties by its agent, employee, or representative, Defendant JANE DOE.

WHEREFORE, Plaintiff LISA POWER demands judgment for damages against Defendant, in excess of Fifty Thousand Dollars ($50,000.00), plus interest, costs, and such other relief as this

Court may deem just and proper under the circumstances, and demands a trial by jury of all issues so triable.

Dated this 22nd day of March, 2023.

Respectfully submitted,

The Law Offices of Duane E. Thomas, PLLC

By: /s/ *Austin R. Claiborne*
Austin R. Claiborne, Esq.
Florida Bar No.: 1027792
Austin@duanethomas.org
206 S. Marion Avenue
Lake City, FL 32025
Phone: (386) 755-5014
Fax:    (386) 755-3093
