UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LISA POWER,

        Plaintiff,

v.                                        Case No.: 3:23-cv-852-WWB-MCR

LOWE'S HOME CENTERS, LLC, and
LOWE'S COMPANIES, INC.,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Amend Complaint, Add Defendant and Remand (Doc. 18), wherein Plaintiff seeks leave to amend her complaint to name the employee that was operating the pallet jack at the time of incident giving rise to this litigation and asks the Court to remand for lack of diversity jurisdiction. United States Magistrate Judge Monte C. Richardson submitted a Report and Recommendation (Doc. 35), in which he recommends that the Motion be granted, and the case be remanded.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Amend Complaint, Add Defendant and Remand (Doc. 18) is **GRANTED** and Docket Entry 18-2 is deemed the operative pleading in this case.

3. This case is **REMANDED** to the Circuit Court of the Third Judicial Circuit, in and for Columbia County, Florida, Case Number 2023 CA 000252.

4. The Clerk is directed to enter Docket Entry 18-2 as a separate document on the record.  Thereafter, the Clerk shall transmit a certified copy of this Order to the Clerk of the Third Judicial Circuit Court, in and for Columbia County, Florida, terminate all other pending motions, and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on March 5, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Clerk of the Court of the Third Judicial Circuit in and for Columbia County, Florida